UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                      Case No.: 19-15497-LMI

Wellington Cunha                                                                Chapter 13

     Debtor
_____/

**MOTION TO ALLOW ADDITIONAL TIME FOR OMITTED CREDITOR TO FILE A PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 3002(C)(6)(A)**

    **COMES NOW** the Debtor, Wellington Cunha , by and through undersigned counsel and moves this Honorable Court for an Order Authorizing the Debtor to add First Data Global Leasing, currently represented by Hunter Warfield, hereinafter referred to as "Creditor" as an omitted Creditor and as grounds therefore would show:

1. Under information and belief the Debtor incurred a debt with Creditor prior to the filing of the instant bankruptcy in the amount of $1,269.18 and said Creditor is not listed in Schedules E/F.

2. Under information and belief the Creditor had not contacted the Debtor previously regarding the debt and is entitled to an unsecured claim in the above-stated amount.

3. Pursuant to Bankruptcy Rule 3002( c), "On motion . . before or after the expiration of the time to file a proof of claim, the court may extend the time by not more than 60 days from the date of the order granting the motion. The motion may be granted if the court finds that: (A) the notice was insufficient under the circumstances to give the creditor a reasonable time to file a proof of claim because the debtor failed to timely file the list of creditors' names and addresses required by Rule 1007(a); or (B) the notice was insufficient under the circumstances to give the creditor a reasonable time to file a proof of claim, . . ."

4. A review of the Trustee's ledger on April 22, 2020 reflected that the Trustee has yet to

    disburse to any amounts to any unsecured creditors so there would be no need to do a reallocation for the unsecured claims.

5. The Debtor's plan was confirmed by this Court.

6. The Creditor is entitled to an unsecured claim in the instant case because the personal liability was incurred prior to the filing of the instant chapter 13 bankruptcy.

7. In granting the Motion to Allow the Creditor additional time to file a Proof of claim the Court in the case of <u>In re Vanderpol</u>, 30 CBN 100, 2019 WL 4880065 (Bankr. D. Colo. 8/28/19) looked to Bankruptcy Rule 3002(c)(6)(A), which allows the Court to extend the deadline to file Proofs of Claim if, "the notice was insufficient under the circumstances to give the creditor a reasonable time to file a proof of claim because the debtor failed to timely file the list of creditors' names and addresses required by Rule 1007(a) . . ." The <u>Vanderpol</u> Court analyzed both the language of the Rule and looked at the intent behind the rule change in ruling in favor of allowing the omitted creditor to file a Proof of Claim after the claims bar deadline.

8. Should the Creditor fail to file a claim within 60 days of the entry of the order authorizing additional time to file a Proof of Claim the debt should be determined to be discharged nonetheless along with the balance of the unsecured creditors.

  **WHEREFORE**, for the above reasons the Debtor prays this Honorable Court enter an Order Granting the instant Motion to Allow Additional Time for Creditor to File a Proof of Claim, allowing the late-filed claim filed by the Creditor to be an allowed as an unsecured claim in the instant case or barring the Creditor's filing a Proof of Claim finding the debt to be discharged nonetheless.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 22nd day of April, 2020 along with the accompanying Notice of Hearing to **Nancy K. Neidich**, Trustee, via NEF, **all registered users of ECF** via NEF, **First Data Global Leasing, Attn: Frank Bisignano, CEO,** 5565 Glenridge Connector, NE Atlanta, GA 30342, **Hunter Warfield, Inc., Attn: Stephen Sobota, Registered Agent and CEO,** 4620 Woodland Corporate Blvd., Tampa, FL 33614, **all creditors** in the attached mailing matrix and the **Debtor** via first class mail.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1-A.

/s/Laila S. Gonzalez
FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
Edward Freire, Esq., FBN: 0813771
Laila S. Gonzalez, Esq., FBN: 0975291
Gianny Blanco, Esq., FBN: 0078080
10691N. Kendall Dr., Suite 207
Miami, FL 33176
Tel: (305)826-1774
Fax: (305) 826-1794
courtdoc@fgbkc.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 19-15497-LMI<br>Southern District of Florida<br>Miami<br>Wed Apr 22 13:30:08 EDT 2020 | Admin Recovery, LLC<br>45 Earhart Drive<br>Suite 102<br>Buffalo, NY 14221-7809 | Alltran Financial, LP<br>PO Box 722929<br>Houston, TX 77272-2929 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | American Express National Bank<br>c/o Modlin Sinsky, P.A.<br>1551 Sawgrass Corporate Parkway, Suite 1<br>Fort Lauderdale, FL 33323-2828 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Andres Anez<br>80 SW 8th Street<br>Suite 2054<br>Miami, FL 33130-3003 | Andres Cinfuentes<br>8261 SW 32nd Terrace<br>Miami, FL 33155-3343 |
| Annual Appointment Book<br>1716 Locust Street<br>Des Moines, IA 50309-3023 | Bank Of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | Bluevine Capital Inc.<br>401 Warren Street<br>Suite 300<br>Redwood City, CA 94063-1578 |
| (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | Caliber Home Loans<br>Attn: Cash Operations<br>Po Box 24330<br>Oklahoma City, OK 73124-0330 | Caliber Home Loans, Inc.<br>13801 Wireless Way<br>Oklahoma City OK 73134-2500 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2322 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Chase Auto Finance<br>National Bankruptcy Dept<br>201 N Central Ave Ms Az1-1191<br>Phoenix, AZ 85004-1071 | Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | (p)CITIBANK<br>PO BOX 6043<br>SIOUX FALLS SD 57117-6043 | Citibank North America<br>Citibank Corp/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Citibank/Best Buy<br>Attn: Bankruptcy<br>Po Box 790441<br>St. Louis, MO 63179-0441 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | Equifax Credit Bureau<br>PO Box 740241<br>Atlanta, GA 30374-0241 |

| | | |
|---|---|---|
| Experian Credit Bureau<br>475 Anton Blvd.,<br>Costa Mesa, CA 92626-7037 | GC Services Limited Partnership<br>PO Box 3855<br>Houston, TX 77253-3855 | Hyundai Lease Titling Trust<br>PO Box 20809<br>Fountain Valley, CA 92728-0809 |
| Hyundai Motor Finance<br>Attn: Bankruptcy<br>Po Box 20809<br>Fountain Valley, CA 92728-0809 | Julian Eduardo Soto Chaparro<br>941 SW 66th Avenue<br>Miami, FL 33144-4835 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LabCorp<br>c/o Laboratory Corporation of American H<br>P.O. Box 2240<br>Burlington, NC 27216-2240 | Labcorp<br>P.O. Box 2240<br>121 NE Jefferson Street, Ste. 100<br>Burlington, NC 27217-1338 | MRS Associates<br>1930 Olney Ave<br>Cherry Hill, NJ 08003-2016 |
| McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Cleveland, OH 44146-1807 | Mercantile<br>165 Lawrence Bell Dr.<br>Ste 100<br>Williamsville, NY 14221-7900 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Radius Global Solutions LLC<br>P.O. Box 390905<br>Minneapolis, MN 55439-0905 | Rossam Properties, Inc.<br>c/o Steven Polisar<br>407 Lincoln Road, Suite 2A<br>Miami Beach, FL 33139-3018 | Space Coast Credit Union<br>Attn: Bankruptcy<br>8045 North Wickham Road<br>Melbourne, FL 32940-7920 |
| Suntrust Bk Miami Na<br>Attn: Bankruptcy<br>Mail Code VA-RVW-6290 PO Box 85092<br>Richmond, VA 23285-5092 | Syncb/Rooms To Go<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/brandsmart<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank/BRMart<br>Attn: Bankruptcy<br>Po Box 965004<br>Orlando, FL 32896-5004 |
| Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | TD Bank<br>PO Box 16027<br>Lewiston, ME 04243-9513 | (p)TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2299 |
| TD Bank, N.A.<br>c/o Bert Echols<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, TN 38120-1445 | TimeInc. Books<br>PO Box 62313<br>Tampa, FL 33662-2313 | Transunion Credit Bureau<br>P.O. Box 2000<br>Crum Lynne, PA 19022 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. Small Business Administrator<br>PO Box 740192<br>Atlanta, GA 30374-0192 | United Collction Service, Inc.<br>PO Box 953638<br>Lake Mary, FL 32795-3638 |

| | | |
|---|---|---|
| United Collection Bureau<br>P.O. Box 1418<br>Maumee, OH 43537-8418 | Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | World Omni Financial Corp<br>Attn: Bankruptcy<br>Po Box 991817<br>Mobile, AL 36691-8817 |
| Zwicker & Associates, P.C.<br>PO Box 9013<br>Andover, MA 01810-0913 | Edward Freire<br>10691 N. Kendall Drive<br>Suite 207<br>Miami, FL 33176-1595 | Gianny Blanco<br>10691 N. Kendall Drive<br>Suite 207<br>Miami, FL 33176-1595 |
| Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Wellington M Cunha<br>401 69th Street<br>Apt 207<br>Miami Beach, FL 33141-3123 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bmw Financial Services<br>Attn: Bankruptcy Department<br>Po Box 3608<br>Dublin, OH 43016 | Cavalry Portfolio Services<br>7 Skyline Dr., Ste. 3<br>Hawthorne, NY 10532 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 |
| (d)Chase Card Services<br>P.o. Box 15298<br>Wilmington, DE 19850 | Citibank N.A.<br>7920 NW 110th Street<br>Kansas City, MO 64153 | Department of Treasury<br>Internal Revenue Service<br>P.O. Box 69<br>Memphis, TN 38101-0069 |
| TD Bank, N.A.<br>32 Chestnut Street<br>Po Box 1377<br>Lewiston, ME 04243 | (d)TD Bank, N.A.<br>PO Box 5600<br>Lewiston, ME 04243-5600 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Caliber Home Loans, Inc, | (u)Miami | End of Label Matrix<br>Mailable recipients    67<br>Bypassed recipients     2<br>Total                   69 |