

**ORDERED in the Southern District of Florida on June 2, 2020.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re | Case No.: 19-15497-LMI |
| Wellington Cunha , | Chapter 13 |
| Debtor._____/ | |

**ORDER GRANTING DEBTOR'S MOTION TO ALLOW CREDITOR**
**ADDITIONAL TIME TO FILE A PROOF OF CLAIM**

**THIS CAUSE** came on for hearing on the 28th day of May, 2020 on the *Debtor' Motion to Allow Creditor Additional Time to File a Proof of Claim* [DE#41] and based on the record, it is:

**ORDERED** and **ADJUDGED**:

1. The Debtor's Motion to Allow Creditor Additional Time to File a Proof of Claim [DE #   41 ] is **GRANTED**.

2. Creditor, First Data Global Leasing and/or its successor in interest Hunter Warfield, Inc., is directed to file a Proof of Claim within 60 days of the Entry of the Instant Order.

3. Should the Creditor fail to file a Proof of Claim within 60 days of the date of the entry of the instant order the Creditor's claim shall be discharged without benefit of a pro-rata distribution by the Chapter 13 Trustee.

###

Submitted by:
Laila S. Gonzalez, Esq., FBN: 975291
Freire & Gonzalez, P.A.,
*Attorney for the Debtor*
10691 N. Kendall Dr., Suite 207
Miami, FL 33176
Tel: 305-826-1774
Fax: 305-826-1794
courtdoc@fgbkc.com

Attorney, Laila S. Gonzalez, is directed to serve a copy of this Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F).